MAY 31 2023 PM 1:46
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:23CR 92 (VLB) (RMS) |
| v. | VIOLATIONS: |
| LUIS PEREZ,<br>BRIAN BAKER,<br>ALGELLY DIAZ,<br>RAMON PICHARDO, and<br>FERNANDO SOTO, JR. | 18 U.S.C. §§ 933(a)(3) and 933(b)<br>(Firearms Trafficking Conspiracy) |

18 U.S.C. §§ 933(a)(1), 933(a)(2), and 933(b)
(Firearms Trafficking)

18 U.S.C. § 1715
(Mailing Nonmailable Firearms)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Controlled Substances)

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Unlawful Possession of a Firearm and/or Ammunition by a Felon)

18 U.S.C. § 924(c)(1)(A)(i)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

18 U.S.C. § 2
(Aiding and Abetting)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Firearms Trafficking Conspiracy)

1.     From approximately October 2022 through on or about May 19, 2023, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the

defendants LUIS PEREZ, BRIAN BAKER, ALGELLY DIAZ, RAMON PICHARDO, FERNANDO SOTO, JR., and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the firearm laws of the United States.

2.      It was a part and an object of the conspiracy that the defendants LUIS PEREZ, BRIAN BAKER, ALGELLY DIAZ, RAMON PICHARDO, and FERNANDO SOTO, JR., together and with one another and with others known and unknown to the Grand Jury, knowingly and intentionally agreed to ship, transport, transfer, cause to be transported, receive from another person, or otherwise dispose of firearms in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, possession, or receipt of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

### COUNT TWO
(Firearms Trafficking - Transfer)

3.      On or about May 1, 2023, in the District of Kansas, the defendant BRIAN BAKER did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a CZ model Scorpion bearing serial number G066709; a Glock model 17 bearing serial number BNRZ988; a Glock model 22 bearing serial number DGP572US; and a semiautomatic pistol consisting of a black frame and a silver slide bearing no serial number or manufacturer markings, to the defendant ALGELLY DIAZ in the District of Connecticut, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by ALGELLY DIAZ would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

2

COUNT THREE
(Mailing Nonmailable Firearms)

4.      On or about May 1, 2023, the defendants BRIAN BAKER, in the District of
Kansas, FERNANDO SOTO, JR., in the Central District of California, and LUIS PEREZ, in the
District of Connecticut, did knowingly deposit for mailing or delivery and knowingly cause to be
delivered by mail to the District of Connecticut according to the directions thereon, a firearm
declared as nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on
the person, to wit: a CZ model Scorpion bearing serial number G066709; a Glock model 17
bearing serial number BNRZ988; a Glock model 22 bearing serial number DGP572US; and a
semiautomatic pistol consisting of a black frame and a silver slide bearing no serial number or
manufacturer markings.

In violation of Title 18, United States Code, Sections 1715 and 2.

COUNT FOUR
(Firearms Trafficking - Receipt)

5.      On or about May 3, 2023, in the District of Connecticut, the defendant ALGELLY
DIAZ did receive from another person, in or otherwise affecting interstate or foreign commerce, a
firearm, to wit a CZ model Scorpion bearing serial number G066709; a Glock model 17 bearing
serial number BNRZ988; a Glock model 22 bearing serial number DGP572US; and a
semiautomatic pistol consisting of a black frame and a silver slide bearing no serial number or
manufacturer markings, knowing or having reasonable cause to believe that such receipt would
constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

3

COUNT FIVE
(Firearms Trafficking - Transfer)

6.      On or about the May 3, 2023, in the District of Connecticut, the defendant LUIS

PEREZ did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to

wit: a CZ model Scorpion bearing serial number G066709; a Glock model 17 bearing serial

number BNRZ988; a Glock model 22 bearing serial number DGP572US; and a semiautomatic

pistol consisting of a black frame and a silver slide bearing no serial number or manufacturer

markings, to an individual known to the Grand Jury, in or otherwise affecting interstate or foreign

commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of

the firearm by the individual known to the Grand Jury would constitute a felony, or did attempt or

conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

COUNT SIX
(Firearms Trafficking - Transfer)

7.      On or about May 9, 2023, in the District of Kansas, the defendant BRIAN BAKER

did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a CZ

model Scorpion 9mm bearing serial number G159954; a Del-Ton model DTI-15 5.56 caliber rifle

bearing serial number S259413; a Springfield Armory model Hellcat 9mm bearing serial number

BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; and a Ruger model

SR1911 .45 caliber bearing serial number 673-70700, to the defendant ALGELLY DIAZ in the

District of Connecticut, in or otherwise affecting interstate or foreign commerce, knowing or

having reasonable cause to believe that the use, carrying, or possession of the firearm by

ALGELLY DIAZ would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

4

## COUNT SEVEN
(Mailing Nonmailable Firearms)

8.     On or about May 9, 2023, the defendants BRIAN BAKER, in the District of Kansas, FERNANDO SOTO, JR., in the Central District of California, and LUIS PEREZ, in the District of Connecticut, did knowingly deposit for mailing or delivery or knowingly cause to be delivered by mail to the District of Connecticut according to the directions thereon, a firearm declared as nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a CZ model Scorpion 9mm bearing serial number G159954; a Springfield Armory model Hellcat 9mm bearing serial number BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; and a Ruger model SR1911 .45 caliber bearing serial number 673-70700.

In violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT EIGHT
(Firearms Trafficking - Receipt)

9.     On or about May 11, 2023, in the District of Connecticut, the defendant ALGELLY DIAZ did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a CZ model Scorpion 9mm bearing serial number G159954 and a Del-Ton model DTI-15 5.56 caliber rifle bearing serial number S259413, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT NINE
(Firearms Trafficking - Transfer)

10.     On or about May 11, 2023, in the District of Connecticut, the defendant LUIS PEREZ did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a CZ model Scorpion 9mm bearing serial number G159954 and a Del-Ton model DTI-15 5.56

caliber rifle bearing serial number S259413, to an individual known to the Grand Jury, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the individual known to the Grand Jury would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT TEN
### (Firearms Trafficking - Receipt)

11.     On or about May 12, 2023, in the District of Connecticut, the defendant ALGELLY DIAZ did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Springfield Armory model Hellcat 9mm bearing serial number BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; and a Ruger model SR191, .45 caliber bearing serial number 673-70700, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT ELEVEN
### (Firearms Trafficking - Transfer)

12.     On or about May 12, 2023, in the District of Connecticut, the defendant LUIS PEREZ did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Springfield Armory model Hellcat 9mm bearing serial number BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; and a Ruger model SR1911 .45 caliber bearing serial number 673-70700, to an individual known to the Grand Jury, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the individual known to the Grand Jury would constitute a felony, or did attempt or conspire to do so.

6

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

### COUNT TWELVE
(Possession with Intent to Distribute and Distribution of Cocaine)

13.     On or about May 12, 2023, in the District of Connecticut, the defendant LUIS

PEREZ did knowingly and intentionally possess with intent to distribute and did distribute a

mixture and substance containing a detectable amount of cocaine, its salts, optical or geometric

isomers, or salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THIRTEEN
(Firearms Trafficking - Transfer)

14.     On or about May 15, 2023, in the Northern District of Texas, the defendant BRIAN

BAKER did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to

wit: a Taurus Spectrum .380 bearing serial number 1F113556; a Smith and Wesson SD9 VE

bearing serial number FEE4948; and a Del-Ton model DTI-15 5.56 caliber rifle bearing serial

number S102438, to the defendant ALGELLY DIAZ in the District of Connecticut, in or otherwise

affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the

use, carrying, or possession of the firearm by ALGELLY DIAZ would constitute a felony, or did

attempt or conspire to do so.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

### COUNT FOURTEEN
(Mailing Nonmailable Firearms)

15.     On or about May 15, 2023, the defendant BRIAN BAKER, in the Northern District

of Texas, did knowingly deposit for mailing or delivery or knowingly cause to be delivered by

mail to the District of Connecticut according to the directions thereon, a firearm declared as

nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on the person,

to wit: a Taurus Spectrum .380 bearing serial number 1F113556 and a Smith and Wesson SD9 VE bearing serial number FEE4948.

In violation of Title 18, United States Code, Section 1715.

## COUNT FIFTEEN
(Firearms Trafficking – Attempted Receipt)

16.     On or about May 18, 2023, in the District of Connecticut, the defendant ALGELLY DIAZ did attempt to receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Taurus Spectrum .380 bearing serial number 1F113556; a Smith and Wesson SD9 VE bearing serial number FEE4948; and a Del-Ton model DTI-15 5.56 caliber rifle bearing serial number S102438, knowing or having reasonable cause to believe that such receipt would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT SIXTEEN
(Unlawful Possession of Ammunition by a Felon)

17.     On or about May 19, 2023, in the District of Connecticut, the defendant ALGELLY DIAZ, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

  a. Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-217, on or about August 20, 2015;

  b. Robbery in the First Degree and Conspiracy to Commit Robbery in the First Degree, in violation of Connecticut General Statutes § 53a-134(a)(2), on or about August 13, 2007;

  c. Sale of a Controlled Substance, in violation of Connecticut General Statutes § 21a-277(b), on or about April 15, 2004; and

  d. Possession of Narcotics, in violation of Connecticut General Statutes § 21a-279(a), on or about August 14, 2002,

8

did knowingly and intentionally possess ammunition in and affecting commerce, that is, Venom

9mm ammunition, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT SEVENTEEN
(Unlawful Possession of a Firearm by a Felon)

18.     On or about May 19, 2023, in the District of Connecticut, the defendant LUIS

PEREZ, having been, and knowing that he had been, previously convicted in the United States

District Court for the District of Connecticut of a crime punishable by imprisonment for a term

exceeding one year, specifically:

a.     Unlawful possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2),

as well as having been convicted in the Superior Court of the State of Connecticut of a crime

punishable by imprisonment for a term exceeding one year, specifically:

a.     Possession with Intent to Distribute, in violation of Connecticut General Statutes § 21a-277(a)(1)(A), on or about October 20, 2021;

b.     Burglary in the First Degree, in violation of Connecticut General Statutes § 53a-101(a)(2), on or about September 17, 2009;

c.     Attempted Assault in the First Degree, in violation of Connecticut General Statutes § 53a-59, on or about May 25, 2006;

d.     Possession of Narcotics, in violation of Connecticut General Statutes § 21a-279(a), on or about October 27, 2003;

e.     Criminal Mischief in the First Degree, in violation of Connecticut General Statutes § 53a-115, on or about September 11, 2000; and

f.     Assault in the Second Degree, in violation of Connecticut General Statutes § 53a-60, on or about March 23, 1998,

did knowingly and intentionally possess a firearm in and affecting commerce, that is, a CZ

Scorpion bearing serial number G152215; a Taurus G3C 9mm bearing serial number 1KA35881;

a Taurus G3C 9mm bearing serial number AEB092065; a Taurus G3C 9mm bearing serial number AEB090031; a Glock G22 .40 caliber bearing BXHL134; a Desert Eagle 9mm bearing serial number 44358070; a loaded Smith and Wesson M&P .45 caliber bearing serial number DXK4171; a loaded Rock Island M1911 bearing serial number RIA2581199; and a loaded Rock Island M1911 bearing serial number RIA2582602, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT EIGHTEEN
(Possession with Intent to Distribute Controlled Substances)

19.     On or about May 19, 2023, in the District of Connecticut, the defendant LUIS PEREZ did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical or geometric isomers, or salts of isomers, a Schedule II controlled substance, as well as a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C).

## COUNT NINETEEN
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

20.   On or about May 19, 2023, in the District of Connecticut, the defendant LUIS PEREZ did knowingly possess a firearm, that is, a CZ Scorpion bearing serial number G152215; a Taurus G3C 9mm bearing serial number 1KA35881; a Taurus G3C 9mm bearing serial number AEB092065; a Taurus G3C 9mm bearing serial number AEB090031; a Glock G22 .40 caliber

bearing BXHL134; a Desert Eagle 9mm bearing serial number 44358070; a loaded Smith and Wesson M&P .45 caliber bearing serial number DXK4171; a loaded Rock Island M1911 bearing serial number RIA2581199; and a loaded Rock Island M1911 bearing serial number RIA2582602, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C), as charged in Count Eighteen of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substances Offenses)

21.    Upon conviction of one or more of the controlled substances offense alleged in Counts Twelve and Eighteen of this Indictment, the defendant LUIS PEREZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including but not limited to: $7,364.00 in United States currency; a CZ Scorpion bearing serial number G152215; a Taurus G3C 9mm bearing serial number 1KA35881; a Taurus G3C 9mm bearing serial number AEB092065; a Taurus G3C 9mm bearing serial number AEB090031; a Glock G22 .40 caliber bearing BXHL134; a Desert Eagle 9mm bearing serial number 44358070; a loaded Smith and Wesson M&P .45 caliber bearing serial number DXK4171; a loaded Rock Island M1911 bearing serial number RIA2581199; a loaded Rock Island M1911 bearing serial number RIA2582602; and associated ammunition and magazines, all of which were seized from the defendant on or about May 19, 2023.

22.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Offenses)

23.     Upon conviction of one or more of the firearms offenses alleged in Counts Three, Seven, Fourteen, Sixteen, Seventeen, and Nineteen of this Indictment, the defendants BRIAN BAKER, LUIS PEREZ, FERNANDO SOTO, JR., and ALGELLY DIAZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following items: a CZ model Scorpion bearing serial number G066709; a Glock model 17 bearing serial number BNRZ988; a Glock model 22 bearing serial number DGP572US; a semiautomatic pistol consisting of a black frame and a silver slide bearing no serial number or manufacturer markings; a CZ model Scorpion 9mm bearing serial number G159954; a Springfield Armory model Hellcat 9mm,bearing serial number BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; a Ruger model SR1911 .45 caliber bearing serial number 673-70700; Venom 9mm ammunition; a CZ Scorpion bearing serial number G152215; a Taurus G3C 9mm bearing serial number 1KA35881; a Taurus G3C 9mm bearing

serial number AEB092065; a Taurus G3C 9mm bearing serial number AEB090031; a Glock G22 .40 caliber bearing BXHL134; a Desert Eagle 9mm bearing serial number 44358070; a loaded Smith and Wesson M&P .45 caliber bearing serial number DXK4171; a loaded Rock Island M1911 bearing serial number RIA2581199; a loaded Rock Island M1911 bearing serial number RIA2582602; a Taurus Spectrum .380 bearing serial number 1F113556; a Smith and Wesson SD9 VE bearing serial number FEE4948; and associated ammunition and magazines, all of which were seized on or about May 3, 2023; May 11, 2023; May 12, 2023; May 19, 2023; and May 24, 2023.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

24.     Upon conviction of one or more of the firearms trafficking offenses alleged in Counts One, Two, Four, Five, Six, Eight, Nine, Ten, Eleven, Thirteen, and Fifteen of this Indictment, the defendants BRIAN BAKER, ALGELLY DIAZ, RAMON PICHARDO, LUIS PEREZ, and FERNANDO SOTO, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to: $7,364.00 seized on May 19, 2023; a CZ model Scorpion bearing serial number G066709; a Glock model 17 bearing serial number BNRZ988; a Glock model 22 with serial number DGP572US; a semiautomatic pistol consisting of a black frame and a silver slide bearing no serial number or manufacturer markings; a CZ model

Scorpion 9mm bearing serial number G159954; a Del-Ton model DTI-15 5.56 caliber rifle bearing serial number S259413; a Springfield Armory model Hellcat 9mm bearing serial number BB280162; a Glock model 27 .40 caliber bearing serial number BCTE168; a Ruger model SR1911 .45 caliber bearing serial number 673-70700; a Taurus Spectrum .380 bearing serial number 1F113556; a Smith and Wesson SD9 VE bearing serial number FEE4948; a Del-Ton model DTI-15 5.56 caliber rifle bearing serial number S102438; and associated ammunition and magazines, all of which were seized on or about May 3, 2023; May 11, 2023; May 12, 2023; and May 24, 2023.

All in accordance with Title 18, United States Code, Sections 924(d) and 923; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY